IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ESTATE OF ANTONIO ALMANZAR PEREZ by Administratrix Biany Moronta,**<br>Plaintiff,<br><br>v.<br><br>**CITY OF PHILADELPHIA,**<br>Defendant. | CIVIL ACTION<br><br><br>NO. 23-cv-2407 |

### ORDER

**AND NOW**, this 10th day of February, 2025, upon consideration of Defendant City of Philadelphia's ("Defendant") Motion to Dismiss (the "Motion") (ECF No. 3) and Plaintiff the Estate of Antonio Almanzar Perez's ("Plaintiff") Response in Opposition thereto, it is **ORDERED** that the Motion is **DENIED**. Within fourteen (14) days of this Order, Defendant shall file an Answer to Plaintiff's Complaint.

**IT IS FURTHER ORDERED** that the Clerk of Court shall change the Plaintiff's name in the case caption from "Estate of Antonio Almazar Perez by Administratrix Biany Moronta" to "Estate of Antonio Almanzar Perez by Administratrix Biany Moronta."

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
HODGE, KELLEY B., J.